UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
NICHOLAS BERNHARD, RALPH NATALE,      10 CV 2736 (SJF)
KIRK CONAWAY, and ROY KOHN as Trustees
of THE HEALTH FUND 917 and the LOCAL 868
IBT PENSION FUND; HEALTH FUND 917      AFFIRMATION OF
and the LOCAL 868 IBT PENSION FUND,      ADAM C. WEISS, ESQ.

                                          **Plaintiffs,**

                         v.

THE MAJOR AUTOMOTIVE COMPANIES, INC., d/b/a
MAJOR CHEVROLET, INC., and MAJOR DODGE, INC.;
HAROLD BENDEL; MAJOR CHEVROLET INC; and
MAJOR DODGE, INC. and HAROLD BENDEL

                                          **Defendants.**
------------------------------------------------------------------------X

      ADAM C. WEISS, ESQ., an attorney with Milman Labuda Law Group, PLLC, counsel for Defendants affirms and says:

      1.    Attached hereto as Exhibit "A' are samples of cancelled checks submitted to the Funds in the audit period.

      WHEREFORE, the affirmant requests that Defendants' motion for summary judgment be granted in all respects, and that an order be entered dismissing the summons and complaint against Defendants with prejudice, and for such other and further relief as may be just, proper, and equitable.

Dated: Lake Success, New York
       September 2, 2011

                                                             ADAM C. WEISS

# EXHIBIT A



THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER

43-40 NORTHERN BLVD.
LONG ISLAND CITY, N.Y. 11101

1-108/210

CHECK# 128382
128382

PAY **TWO THOUSAND THREE HUNDRED SEVENTY FIVE DOLLARS AND 00/100**

TO THE ORDER OF
LOCAL 868 PENSION FUND
22 N. TYSON AVENUE-1ST FLR
FLORAL PARK NY 11010

DATE 02/24/05    AMOUNT $2,375.00

MAJOR CHEVROLET, Inc.

HSBC
HSBC Bank USA

⑃128382⑃ ⑃021001088⑃ 032738889⑃         ⑃0000237500⑃

---



THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER

43-40 NORTHERN BLVD.
LONG ISLAND CITY, N.Y. 11101

1-108/210

CHECK# 128383
128383

PAY **THIRTEEN THOUSAND THREE HUNDRED SIXTY FIVE DOLLARS AND 00/100**

TO THE ORDER OF
HEALTH FUND 917
22 N. TYSON AVENUE-1ST FLR
FLORAL PARK NY 11001

DATE 02/24/05    AMOUNT $13,365.00

MAJOR CHEVROLET, Inc.

HSBC
HSBC Bank USA

⑃128383⑃ ⑃021001088⑃ 032738889⑃         ⑃0001336500⑃

---



THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER

43-40 NORTHERN BLVD.
LONG ISLAND CITY, N.Y. 11101

1-108/210

CHECK# 128388
128388

PAY **TWO THOUSAND FOUR HUNDRED SIXTY FIVE DOLLARS AND 00/100**

TO THE ORDER OF
LOCAL 868 PENSION FUND
22 N. TYSON AVENUE-1ST FLR
FLORAL PARK NY 11010

DATE 02/24/05    AMOUNT $2,465.00

MAJOR CHEVROLET, Inc.

HSBC
HSBC Bank USA

⑃128388⑃ ⑃021001088⑃ 032738889⑃         ⑃0000246500⑃

```
0212-0400-5 SRT 01
03072005
FHIENB0638 YRC=0638 PK=04 0639        >026003379<
                                        ABNY
44506595? ?03?04-05
445065950  004777434  8353  8357  24
```

1001088
BANK USA, N.A.
07/05

0056 0954

FOR DEPOSIT ONLY
LOCAL 868 PENSION FUND
ACCT # 04-777434

```
0212-0400-5 SRT 01
03072005
FHIENB0638 YRC=0638 PK=04 0639        >026003379<
                                        ABNY
44506594? ?03?04-05
445065941  004631838  8353  8357  24
```

1001088
BANK USA, N.A.
07/05

0056 0949

```
0212-0400-5 SRT 01
03072005
FHIENB0638 YRC=0638 PK=04 0639        >026003379<
                                        ABNY
44506594? ?03?04-05
445065940  004777434  8353  8357  24
```

1001088
BANK USA, N.A.
07/05

0056 0953

FOR DEPOSIT ONLY
LOCAL 868 PENSION FUND
ACCT # 04-777434

**THE ALL NEW MAJOR CHEVROLET Geo**

43-40 NORTHERN BLVD.
LONG ISLAND CITY, N.Y. 11101

1-108/210

CHECK# 128389

128389

PAY **EIGHT THOUSAND SEVEN HUNDRED SEVENTY TWO DOLLARS AND 00/100**

DATE 02/24/05    AMOUNT $8,772.00

TO THE ORDER OF
HEALTH FUND 917
22 N. TYSON AVENUE-1ST FLR
FLORAL PARK NY 11001

MAJOR CHEVROLET, Inc.

HSBC
HSBC Bank USA

⑈128389⑈ ⑆021001088⑆ 032738889⑈           ⑈000087720⑈

---



**THE ALL NEW MAJOR CHEVROLET Geo**

43-40 NORTHERN BLVD.
LONG ISLAND CITY, N.Y. 11101

1-108/210

CHECK# 128391

128391

PAY **TWO THOUSAND FORTY TWO DOLLARS AND 00/100**

DATE 02/24/05    AMOUNT $2,042.00

TO THE ORDER OF
TEAMSTERS LOCAL 917
24 N. TYSON AVENUE-2ND FLR
FLORAL PARK NY 11001

MAJOR CHEVROLET, Inc.

HSBC
HSBC Bank USA

⑈128391⑈ ⑆021001088⑆ 032738889⑈           ⑈000020420⑈

---



**THE ALL NEW MAJOR CHEVROLET Geo**

43-40 NORTHERN BLVD.
LONG ISLAND CITY, N.Y. 11101

1-108/210

CHECK# 128384

128384

PAY **NINE HUNDRED THIRTY DOLLARS AND 00/100**

DATE 02/24/05    AMOUNT $930.00

TO THE ORDER OF
TEAMSTERS LOCAL 917
24 N. TYSON AVENUE-2ND FLR
FLORAL PARK NY 11001

MAJOR CHEVROLET, Inc.

HSBC
HSBC Bank USA

⑈128384⑈ ⑆021001088⑆ 032738889⑈           ⑈000009300⑈

**Check 1 (top):**

```
0212-0400-5 SRT 01
03072005
FHLBNY-0212-0639        >026003379<
ENT=0638 TRC=0638 PK=04   -ABNY
4450659403-03-04-05
4450659403-004631838  8353  8357  24
```

Back stamp: FOR DEPOSIT ONLY / AMALGAMATED BANK OF NEW YORK / A/C #...

Endorsement area: 001088 / BANK USA, N.A. / 07/05 / 00560948

**Check 2 (middle):**

```
0212-0400-5 SRT 01
03072005
FHLBNY-0212-0639        >026003379<
ENT=0638 TRC=0638 PK=04   -ABNY
4450659283-03-04-05
4450659283-001030592  8353  8357  24
```

Back stamp: PAY TO THE ORDER OF / AMALGAMATED BANK OF NY / LOCAL 917 AN AFFILIATE OF / THE I.B.T. / A/C #01030592

Endorsement: 001088 / BANK USA, N.A. / 07/05 / 00560947

**Check 3 (bottom):**

```
0212-0400-5 SRT 01
03072005
FHLBNY-0212-0639        >026003379<
ENT=0638 TRC=0638 PK=04   -ABNY
4450659221-03-04-05
4450659221-001030592  8353  8357  24
```

Back stamp: PAY TO THE ORDER OF / AMALGAMATED BANK OF NY / LOCAL 917 AN AFFILIATE OF / THE I.B.T. / A/C #01030592

Endorsement: 001088 / BANK USA, N.A. / 07/05 / 00560945



BACKGROUND IN THE ENDORSEMENT AREA. THE CHECK ALSO CONTAINS AN ARTIFICIAL KNIGHT™ & FINGERPRINT WATERMARK. SEE BELOW FOR ADDITIONAL SECURITY FEATURES.

ENDORSE HERE U.S. PATENTS NO. 5538290, 5575508, 5641183, 5785353, 5884...

X

FOR DEPOSIT ONLY
LOCAL 868 PENSION FUND
ACCT # 04-777434

FACSIMILE OF KNIGHT™ FACSIMILE OF FINGERPRINT

DO NOT WRITE, STAMP OR SIGN BELOW • RESERVED FOR FINANCIAL INSTITUTION USE

971. 28048

ENDORSE HERE U.S. PATENTS ...

PAY TO THE ORDER OF
AMALGAMATED BANK OF NY
LOCAL 917 AN AFFILIATE OF
THE I.B.T.
A/C #01030592

FACSIMILE OF KNIGHT™ FACSIMILE OF FINGERPRINT

DO NOT WRITE, STAMP OR SIGN BELOW • RESERVED FOR FINANCIAL INSTITUTION USE

2 71. 28037

KNIGHT™ FINGERPRINT

FINGERPRINT

TO VIEW WATERMARKS HOLD AT ANGLE UNDER BACKLIGHT

ALB-NY-0212-0639
07-31-07
004777434
44 8 4487 31 07 24

KNIGHT™ FINGERPRINT

FINGERPRINT

TO VIEW WATERMARKS HOLD AT ANGLE UNDER BACKLIGHT

ALB-NY-0212-0639
07-31-07
001030592
44 8 4487 31 07 24

THIS CHECK ALSO CONTAINS THE FOLLOWING SECURITY FEATURES which are covered under U.S. Patents 5538290, 5575508, 5641183, 5785353, 5884364 & 6030000

1. The back of this check has an artificial Knight™ & Fingerprint watermark which may be seen by holding the check at an angle.
2. Signature area on the front contains a Knight™ & Fingerprint Check watermark with a Wavy Line border. The amount box has a different background than the signature area of the check.
3. Artificial invisible Blue Fluorescent Fibres & Fluorescent Fibres may be seen under a blacklight.

THIS CHECK ALSO CONTAINS THE FOLLOWING SECURITY FEATURES which are covered under U.S. Patents 5538290, 5575508, 5641183, 5785353, 5884364 & 6030000

1. The back of this check has an artificial Knight™ & Fingerprint watermark which may be seen by holding the check at an angle.
2. Signature area on the front contains a Knight™ & Fingerprint Check watermark with a Wavy Line border. The amount box has a different background than the signature area of the check.
3. Artificial invisible Blue Fluorescent Fibres & Fluorescent Fibres
Microprinting ...
Fingerprint Security ...

**Major Chevrolet**
43-40 NORTHERN BOULEVARD
LONG ISLAND CITY, NY 11101
PHONE: (718) 937-3700

HSBC MAIN CHECKING
WOODSIDE, NY 11377
1-108/210

DATE: 7/23/2007
CHECK: 164530
AMOUNT: $11,376.00

Eleven Thousand, Three Hundred Seventy-Six Dollars and no/Cents

TO THE ORDER OF:
HEALTH FUND 917
22 N. TYSON AVENUE-1ST FLR
FLORAL PARK, NY 11001

⑈000164530⑈ ⑆021001088⑆ 032738889⑈   ⑈000l137600⑈

⑈00164530⑈ ⑆0210⑈0108⑆ ⑈032738889⑈   ⑈0001137600⑈

---

**Major Chevrolet**
43-40 NORTHERN BOULEVARD
LONG ISLAND CITY, NY 11101
PHONE: (718) 937-3700

HSBC MAIN CHECKING
WOODSIDE, NY 11377
1-108/210

DATE: 7/23/2007
CHECK: 164535
AMOUNT: $5,103.00

Five Thousand, One Hundred Three Dollars and no/Cents

TO THE ORDER OF:
TEAMSTERS LOCAL 917
24 N. TYSON AVENUE
2ND FLR
FLORAL PARK, NY 11001-0000

⑈000164535⑈ ⑆021001088⑆ 032738889⑈   ⑈0000510300⑈

⑈0164535⑈ ⑆0210⑈0108⑆ ⑈032738889⑈   ⑈0000510300⑈







