UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
NICHOLAS BERNHARD, RALPH NATALE,
KIRK CONAWAY, and ROY KOHN as Trustees
of THE HEALTH FUND 917 and the LOCAL 868
IBT PENSION FUND; HEALTH FUND 917
and the LOCAL 868 IBT PENSION FUND,

                          Plaintiffs,

v.

THE MAJOR AUTOMOTIVE COMPANIES, INC., d/b/a
MAJOR CHEVROLET, INC., and MAJOR DODGE, INC.;
HAROLD BENDEL; MAJOR CHEVROLET INC; and
MAJOR DODGE, INC. and HAROLD BENDEL

                          Defendants.
-----------------------------------------------------------------X

10 CV 2736 (SJF)

STIPULATION OF
DISMISSAL

      IT IS HEREBY STIPULATED AND AGREED by and among the undersigned counsel for all the parties herein, that this action is dismissed with prejudice, without costs to any party against any other except that the court shall retain jurisdiction over the terms of the Confidential Settlement Agreement dated October 31, 2011, for this case. This Stipulation may be filed with the Court without further notice to any party.

Dated: November 15, 2011

_____
Susan Bruno, Esq.
Attorney for Plaintiffs
Campbell & Associates, P.C.
The Landmark Building
99 Tulip Avenue, Suite 404
Floral Park, New York 11001

_____
Adam C. Weiss, Esq.
Attorney for Defendants
MILMAN LABUDA LAW GROUP
3000 Marcus Avenue, Suite 3W8
Lake Success, NY 11042

So Ordered:

_____
U.S.D.J.